**Electronically Filed
Supreme Court
SCWC-14-0000021
09-NOV-2017
08:42 AM**

SCWC-14-0000021

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ARLEY H. NOZAWA,
Petitioner/Plaintiff-Appellant,

vs.

OPERATING ENGINEERS LOCAL UNION NO. 3,
Respondent/Defendant-Appellee,

and

JOHN DOES 1-5, JANE DOES 15, DOE CORPORATIONS 1-5, DOE LLCS 1-5,
DOE PARTNERSHIPS 1-5, DOE NON-PROFIT ORGANIZATIONS 1-5, and
DOE GOVERNMENTAL AGENCIES 1-5,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000021; CIVIL NO. 11-1-2623-10)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari, filed on September 27, 2017, is hereby accepted

and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, November 9, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

